USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/14/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                                 :
In re 883 KEENE LANE TRUST,                                      :
                                                                 :
                                               Debtor.           :     1:25-cv-6689-GHW
-----------------------------------------------------------------X
                                                                 :     ORDER
KENNETH LEE,                                                     :
                                                                 :
                                              Appellant,         :
                                                                 :
                        v.                                       :
                                                                 :
JPMORGAN CHASE BANK, NATIONAL                                    :
  ASSOCIATION,                                                   :
                                                                 :
                                              Appellee.          :
-----------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

On January 28, 2025, Debtor 883 Keene Lane Trust (the "Trust") filed a voluntary petition for bankruptcy under Chapter 7. Chapter 7 Voluntary Petition for Non-Individuals, *In re 883 Keene Lane Tr.*, Dkt. No. 1, No. 25-BK-10143 (S.D.N.Y. Bankr. Jan. 28, 2025). On August 13, 2025, Appellant Kenneth Lee, a nonlawyer, filed this appeal on the Trust's behalf seeking review of a bankruptcy court order. *See* Dkt. No. 1. Mr. Lee's notice of appeal identifies him as a "Trustee" of the Trust. *Id.* at 1. Because Appellant is ineligible to represent the Trust, his appeal must be dismissed.

In federal court, a "trustee[] may not represent a trust *pro se*." *Blue Castle (Cayman) Ltd. v. Miller*, 772 F. Supp. 3d 416, 428 n.8 (S.D.N.Y. 2025) (citing *Nasledie Davudova Express Tr. v. JP Morgan Chase Bank, Nat'l Ass'n*, No. 24-CV-7633, 2024 WL 4769687, at *2 (S.D.N.Y. Nov. 13, 2024)). This is only the most recent expression of an old rule. The Supreme Court has recognized that "[i]t has been the law for the better part of two centuries . . . that a corporation may appear in the federal courts only through licensed counsel." *Rowland v. Cali. Men's Colony*, 506 U.S. 194, 201–02 (1993).

Even prior to *Rowland*, the Second Circuit held that the federal statute allowing laypersons to represent themselves does not extend the same privilege to laypersons seeking to represent others, including fictional entities. *Eagle Assocs. v. Bank of Montreal*, 926 F.2d 1305, 1308–09 (2d Cir. 1991) (construing 28 U.S.C. § 1654).

In this district, the rule requiring fictional entities to be represented by counsel has been applied to appeals of United States District Bankruptcy Court orders. *See In re MSR Resort Golf Course LLC*, No. 12-CV-1747, 2012 WL 6758062, at *1 (S.D.N.Y. Dec. 14, 2012). In *MSR Resort Golf Course*, the appellant was a corporation that appeared pro se through a nonlawyer. *Id.* Judge Paul Crotty dismissed the appeal following briefing from the appellee because the corporate appellant was not represented by a licensed attorney, citing both *Rowland* and *Eagle Associates*. *Id.*

Appellant's notice of appeal states that he is bringing this appeal in a representative capacity, "as Trustee of the 883 Keene Lane Trust." Dkt. No. 1 at 1. Appellant is not a lawyer. He is therefore not competent to represent the Trust in this appeal.

Accordingly, Mr. Lee's appeal must be dismissed. The Clerk of the Court is directed to close this case. The Clerk of Court is further directed to mail a copy of this order to Appellant by certified mail.

SO ORDERED.

Dated: August 14, 2025  
New York, New York

_____  
GREGORY H. WOODS  
United States District Judge