USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/27/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
    In re 883 Keene Lane Trust,

                                         Debtor.

-----------------------------------------------------------------X

KENNETH LEE,

                                   Appellant,

                      v.

JPMORGAN CHASE BANK, NATIONAL
ASSOCIATION,

                                 Appellee.
-----------------------------------------------------------------X

1:25-cv-6689-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

    On August 13, 2025, Appellant Kenneth Lee filed an appeal of an order of the United States District Bankruptcy Court for the Southern District of New York. Dkt. No. 1.

    On August 14, 2025, this Court dismissed Mr. Lee's appeal because he could not appear pro se on behalf of debtor 883 Keene Lane Trust. Dkt. No. 2. The Clerk of Court closed this case pursuant to that order. *Id.*

    On August 26, 2025, Appellant filed a request to this Court to proceed *in forma pauperis*. Dkt. No. 3. Appellant previously filed a request to proceed *in forma pauperis* in this appeal in the Bankruptcy Court. Application for In Forma Pauperis Re: Notice of Appeal, *In re 883 Keene Lane Tr.*, Dkt. No. 46, No. 25-BK-10143 (S.D.N.Y. Bankr. Aug. 12, 2025). The Bankruptcy Court has not acted on this request. Appellant's request to this Court is denied without prejudice.

    Upon receipt of the Appellant's *in forma pauperis* request, the Court realized that Appellant had not filed the requisite filing fee alongside his notice of appeal pursuant to Federal Rule of Bankruptcy Procedure 8003(a)(1)(C). *See* Dkt. No. 1. Though the Court dismissed the case prior to

recognizing this deficiency, the dismissal was proper for failure to either file the fee or demonstrate *in forma pauperis* status. *See* Fed. R. Bankr. P. 8003(a)(3)(C).

A motion to appeal *in forma pauperis* from a bankruptcy court decision must be first brought before the bankruptcy court. *See* 28 U.S.C. § 158(c). In a bankruptcy appeal, the district court acts as a court of appeal. *Id.* As Rule 24 of the Federal Rules of Appellate Procedure requires, a litigant seeking to proceed *in forma pauperis* in a court of appeal must first file a motion in the lower court. Appellant may proceed on appeal if the bankruptcy court grants his motion. Fed. R. App. P. 24(a). Appellant may, in the alternative, refile his motion in this Court if the Bankruptcy Court either denies Appellant's motion, certifies that an appeal is not taken in good faith, or otherwise finds that Appellant is not entitled to proceed *in forma pauperis*. *Id.*

Therefore, Appellant must await the Bankruptcy Court's ruling on his application before that court before this Court can take any action on his request at Dkt. No. 3.

Accordingly, Appellant's request is denied without prejudice.

SO ORDERED.

Dated: August 27, 2025

_____
GREGORY H. WOODS
United States District Judge

2