USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/10/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                                 :
In re 883 Keene Lane Trust,                                      :
                                                                 :
                                          Debtor.                :     1:25-cv-6689-GHW
-----------------------------------------------------------------X
                                                                 :     ORDER
883 KEENE LANE TRUST,                                            :
                                                                 :
                                          Appellant,             :
                                                                 :
                  v.                                             :
                                                                 :
JPMORGAN CHASE BANK, NATIONAL                                    :
ASSOCIATION,                                                     :
                                                                 :
                                          Appellee.              :
-----------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

      On October 10, 2025, Kenneth Lee filed an amended designation of the bankruptcy record on appeal. Dkt. No. 14. This case has been closed since August 14, 2025. Dkt. No. 2. Accordingly, the Court will take no action with respect to any filings on this docket by Mr. Lee.

      The Clerk of Court is directed to mail a copy of this order to Appellant by certified mail.

      SO ORDERED.

Dated: October 10, 2025
New York, New York

_____
GREGORY H. WOODS
United States District Judge